UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH DEWAIN SHENEFELT,<br><br>Defendant. | CASE NO. MJ 17-352<br><br>DETENTION ORDER |

<u>Offense charged</u>: Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: September 18, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged by Complaint with possession of multiple firearms, as well as rounds of ammunition. Several of the firearms were reported stolen. The complaint also alleges that controlled substances were found at the time of the search of defendant's residence.

DETENTION ORDER
PAGE - 1

2. Defendant has a lengthy criminal record, which includes multiple failures to appear with bench warrant activity. His history also indicates a serious substance abuse issue.

3. Defendant poses a risk of nonappearance based on failures to appear, non-compliance with terms of supervision, substance abuse history, lack of employment, and commission of new offenses while on supervision. Defendant poses a risk of danger based on the nature of the offense, substance use, history of non-compliance, and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. Defendant may move for review of the detention order if a suitable inpatient treatment plan is developed.

IT IS THEREFORE ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for privat consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 18th day of September, 2017.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3